```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION

MICHELLE STALLMAN,                  )
                                    )
          Plaintiff,                )
                                    )
     v.                             )   No. 4:06 CV 736 DDN
                                    )
INTERCONTINENTAL HOTELS GROUP,      )
d/b/a Holiday Inn Sunspree          )
Resorts,                            )
                                    )
          Defendant.                )
```

### ORDER

**IT IS HEREBY ORDERED** that the request of counsel to reset scheduling conference is sustained, and the Rule 16 conference is reset from July 13 to Monday, July 24, 2006, at 2:15 p.m.

/s/ David D. Noce

**DAVID D. NOCE**
**UNITED STATES MAGISTRATE JUDGE**

Signed on June 14, 2006.