```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF MISSOURI
                         EASTERN DIVISION

MICHELLE STALLMAN,                 )
                                   )
              Plaintiff,           )
                                   )
         v.                        )    No. 4:06 CV 736 DDN
                                   )
HOLIDAY INNS (JAMAICA), INC., and  )
INTERCONTINENTAL HOTELS GROUP,     )
d/b/a Holiday Inn Sunspree         )
Resorts,                           )
                                   )
              Defendants.          )
```

### ORDER

**IT IS HEREBY ORDERED** that, without objection, the motion of plaintiff (Doc. 12) for leave to file an amended complaint is sustained.

**IT IS FURTHER ORDERED** that the motion of plaintiff (Doc. 12) for leave to dismiss without prejudice defendant Intercontinental Hotels Group Resources, Inc., d/b/a Holiday Inn Sunspree Resorts is sustained.

**IT IS FURTHER ORDERED** that, no later than **October 10, 2006**, defendant Holiday Inns (Jamaica), Inc., must submit to the Clerk's Office the consent/option form either consenting to the jurisdiction of a United States Magistrate Judge or opting to have the case assigned to a United States District Judge.

/s/ David D. Noce
_____
**DAVID D. NOCE**
**UNITED STATES MAGISTRATE JUDGE**

Signed on September 25, 2006.